IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BILLY PALMER,** **#A10002,** | |
| Plaintiff, | Case No. 19-cv-00313-SPM |
| v. | |
| **JOHN COE,** *et al.*, | |
| Defendants. | |

## MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

This matter is before the Court on a Bill of Costs filed by Defendants Coe and Ritz claiming $655.50 for Plaintiff's deposition transcript and $391.05 for copies of medical records for a total of $1,046.55 in costs. (Doc. 115). Plaintiff Billy Palmer has filed an objection in which he argues that the deposition transcript should be reduced to $55.80 based on a rate of $0.90 per page, as set by the Judicial Conference, for 62 pages. (Doc. 117) (citing *Cengr v. Fusibond Piping Syst., Inc.,* 135 F. 445, 456 (7th Cir. 1998)). Palmer does not contest the costs assessed for the copies of medical records. Based on this new calculation, Palmer states that Defendants are allowed a total of $446.85 in costs. Defendants Coe and Ritz filed a response agreeing to the amount of $446.85 in costs. (Doc. 119).

Fees for transcripts and copies obtained for use in the case are recoverable, *see* 28 U.S.C. § 1920, and Defendants Coe and Ritz do not dispute the costs as recalculated by Palmer. Thus, the Court **SUSTAINS** Palmer's Objection to the Bill of Costs and **GRANTS in part and DENIES in part** the Bill of Costs filed by Defendants Coe and Ritz. Defendants Coe and Ritz are **AWARDED** costs taxable to Plaintiff Palmer in the amount of $446.85. *See* Fed. R. Civ. P. 54(d)(1).

IT IS SO ORDERED.

DATED:   June 30, 2022

                                                         *s/Stephen P. McGlynn*
                                                       **STEPHEN P. MCGLYNN**
                                                       **United States District Judge**